| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Meredith R McKinney** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–0137 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | Date case filed for chapter **7** | **September 22, 2022** |
| Case number: | **22–10971** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Meredith R McKinney | |
| **2.** | **All other names used in the last 8 years** | aka Meredith Reyes Macias, aka Meredith Rhea McKinney, dba Ozark Inflatables | |
| **3.** | **Address** | 2053 Will Logan Rd <br> Ozark, AL 36360 | |
| **4.** | **Debtor's attorney** <br> Name and address | Rafael Gil III <br> Ludlum & Gil, L.L.C. <br> 111 Adris Place, Suite 5 <br> Dothan, AL 36303 | Contact phone 334–673–0100 <br> Email: rgil@wiregrassattorneys.com |
| **5.** | **Bankruptcy trustee** <br> Name and address | William C. Carn III <br> William C. Carn, III Trustee <br> P.O. Box 727 <br> Scottsboro, AL 35768 | Contact phone 256–594–1994 <br> Email: wcarn@billcarn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open:<br>8:30 AM – 4:00 PM<br><br>Contact phone 334–954–3800<br><br>Date: September 23, 2022 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 27, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | Location:<br><br>**Appear by Video – Dothan 7,**<br>**https://www.zoomgov.com/j/16034874903** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** December 27, 2022 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

Case 22-10971   Doc 8   Filed 09/25/22   Entered 09/25/22 23:32:18   Desc Imaged Certificate of Notice   Page 2 of 5

In re:                                                                       Case No. 22-10971-CLH

Meredith R McKinney                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-1                                            User: admin                                                 Page 1 of 3

Date Rcvd: Sep 23, 2022                               Form ID: 309A                                    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meredith R McKinney, 2053 Will Logan Rd, Ozark, AL 36360-5158 |
| 4742807 | + | Affirm Loan Services, 650 California St, 12th Floor, San Francisco, CA 94108-2716 |
| 4742810 | | Apple Goldman Sahs Bank, Lockbox 6112, P.O. Box 724, Philadelphia, PA 19170-6112 |
| 4742811 | + | Avio Credit, P.O. Box 782260, Wichita, KS 67278-2260 |
| 4742814 | + | Clay A Milton, 3452 Old US Road, Marianna, FL 32446-8064 |
| 4742815 | + | ClickLease, 1182 W 2400 S, Salt Lake City, UT 84119-8510 |
| 4742817 | + | Credit Key, 145 S Fairfax Ave, Los Angeles, CA 90036-2166 |
| 4742819 | | Credit One Amex, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 4742824 | + | Five Star Credit Union, Post Office Box 2028, Dothan, AL 36302-2028 |
| 4742825 | | Fortiva Credit, P.O. Box 650721, Dallas, TX 75265-0721 |
| 4742826 | | Green Funds Go, P.O. Box 2009, Kahnawake, Quebec J0L 180 |
| 4742832 | + | Pagehub, 12362 Beach Blvd, Suite 27, Stanton, CA 90680-3956 |
| 4742837 | + | Tower Loan, 3123 Ross Clark Circle, Ste 2, Dothan, AL 36303-3014 |
| 4742839 | + | Ulta-Commenity Bank, P.O. Box 650964, Dallas, TX 75265-0964 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rgil@wiregrassattorneys.com | Sep 23 2022 20:05:00 | Rafael Gil, III, Ludlum & Gil, L.L.C., 111 Adris Place, Suite 5, Dothan, AL 36303 |
| tr | + | EDI: QWCCARN.COM | Sep 24 2022 00:03:00 | William C. Carn, III, William C. Carn, III Trustee, P.O. Box 727, Scottsboro, AL 35768-0727 |
| 4742809 | | Email/Text: AllInBankruptNotifications@allincu.com | Sep 23 2022 20:06:00 | All In Credit Union, P.O. Box 8, Daleville, AL 36322 |
| 4742806 | + | Email/Text: bnc@advanceamerica.net | Sep 23 2022 20:06:00 | Advance America, 9784 Parkway E, Birmingham, AL 35215-7833 |
| 4742808 | + | Email/Text: bankruptcynotices@afterpay.com | Sep 23 2022 20:06:00 | Afterpay, 760 Market St, Floor 2, San Francisco, CA 94102-2402 |
| 4742812 | | EDI: RMSC.COM | Sep 24 2022 00:03:00 | Belk/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965028, Orlando, FL 32896-5028 |
| 4742813 | | EDI: CAPITALONE.COM | Sep 24 2022 00:03:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 4742816 | + | Email/Text: bk@creditcentralllc.com | Sep 23 2022 20:06:00 | Credit Central, 133 Southeast Ave, Ozark, AL 36360-0923 |
| 4742818 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2022 20:09:06 | Credit One, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 4742820 | + | EDI: DISCOVER.COM | Sep 24 2022 00:03:00 | Discover, P.O. Box 71242, Charlotte, NC 28272-1242 |
| 4742823 | | Email/Text: BNSFN@capitalsvcs.com | Sep 23 2022 20:06:00 | First National Credit, P.O. Box 2496, Omaha, NE 68103-2496 |

| | | | | |
|---|---|---|---|---|
| 4742821 | + | EDI: BLUESTEM | Sep 24 2022 00:13:00 | Finger Hut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 4742822 | + | Email/Text: bankruptcy@1ffc.com | Sep 23 2022 20:06:00 | First Franklin Financial, 2940 Ross Clark Circle, Dothan, AL 36301-1160 |
| 4742827 | + | EDI: RMSC.COM | Sep 24 2022 00:03:00 | JC Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 4742828 | | Email/Text: customerservice.us@klarna.com | Sep 23 2022 20:06:00 | Klarna, 629 N High St., Suite 300, Columbus, OH 43215 |
| 4742829 | + | Email/Text: ozarkloan@localmgmt.net | Sep 23 2022 20:06:00 | Local Finance, 322 Andrews Ave Ste 1, Ozark, AL 36360-3814 |
| 4742830 | | EDI: RMSC.COM | Sep 24 2022 00:03:00 | Lowes/SYNCB, P.O. Box 530970, Atlanta, GA 30353-0970 |
| 4742831 | + | EDI: WFNNB.COM | Sep 24 2022 00:03:00 | Overstock Commenity, P.O. Box 659834, San Antonio, TX 78265-9134 |
| 4742833 | | EDI: AMINFOFP.COM | Sep 24 2022 00:03:00 | Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 4742834 | | EDI: RMSC.COM | Sep 24 2022 00:03:00 | Sams Club MC/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 4742835 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Sep 23 2022 20:06:00 | Security Finance, 123 South Painter Ave, Suite F, Ozark, AL 36360-1802 |
| 4742836 | | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 23 2022 20:19:41 | SoFi Loan, P.O. Box 654158, Dallas, TX 75265-4158 |
| 4742838 | | Email/Text: jkennedy@tyndall.org | Sep 23 2022 20:06:00 | Tyndall Credit Union, P.O. Box 59760, Panama City, FL 32412 |
| 4742840 | + | EDI: WFNNB.COM | Sep 24 2022 00:03:00 | Victoria Secret/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Sep 25, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

**Name**      **Email Address**

| | |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov  danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| Rafael Gil, III | on behalf of Debtor Meredith R McKinney rgil@wiregrassattorneys.com notices@nickwooten.com;gilrr68243@notify.bestcase.com |
| William C. Carn, III | wcarn@billcarn.com  diane@billcarn.com;wccarn@ecf.axosfs.com |

TOTAL: 3